In the Matter of JEFFREY HOLMAN, Appellant. [631 NYS2d 277] —Motion for permission to proceed as poor person and for assignment of counsel denied. Memorandum: The appeal of petitioner lacks merit, and, therefore, his motion for permission to proceed as a poor person is denied. Granting a name change to petitioner, who is a convicted felon presently serving a sentence of imprisonment, would create record-keeping problems for the New York State Department of Correctional Services and other State and Federal agencies required to maintain criminal records (see, e.g., United States v Duke, 458 F Supp 1188; cf., Matter of Washington, 216 AD2d 781). Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

 In the Matter of DERRICK G., Respondent. MONROE COUNTY ATTORNEY, Appellant. [631 NYS2d 277] —Motion to dismiss appeal denied as unnecessary. Memorandum: The appeal taken herein was deemed abandoned and automatically dismissed upon petitioner's failure to file and serve a stipulated or settled record and eight briefs on or before June 14, 1995 (see, 22 NYCRR 1000.3 [b] [2] [i]). If the appeal were still pending and we were to reach the merits of the motion to dismiss, we would grant it on the ground that no appeal by petitioner lies from an order dismissing a petition after a fact-finding hearing in a juvenile delinquency case. Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.